UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRETT E. LANG,

    Petitioner,

v.                                                    Civil Case No. 05-71898
                                                       Criminal Case No. 91-80936

UNITED STATES OF AMERICA,          Honorable Patrick J. Duggan

    Respondent.
_____/

**ORDER DENYING MOTION TO TRANSFER**

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on August 10, 2005.

PRESENT:         THE HONORABLE PATRICK J. DUGGAN
                          U.S. DISTRICT COURT JUDGE

Petitioner Brett E. Lang is a federal prisoner currently incarcerated at the Federal Medical Center in Lexington, Kentucky. This matter is presently before the Court on the Petitioner's motion pursuant to 28 U.S.C. § 2255 challenging his sentence, filed on May 13, 2005. On June 30, 2005, the United States filed a responsive motion seeking to transfer the case to the United States Court of Appeals for the Sixth Circuit. In its responsive motion, the United States argues that the Petitioner's current § 2255 motion is a second or successive motion and should, therefore, be transferred to the Sixth Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A). In Petitioner's reply brief, Petitioner points out this motion is the first and only motion he has filed pursuant to 28 U.S.C. § 2255 on the sentence that was entered by

this Court on *June 13, 2001*. The Court agrees.

Accordingly,

**IT IS ORDERED** that the Government's motion to transfer the case to the United States Court of Appeals for the Sixth Circuit is **DENIED**.

**IT IS FURTHER ORDERED** that the Government shall have 21 days to respond to the merits of Petitioner's 28 U.S.C. § 2255 motion.

_____
s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Patricia A. Maceroni, Esq.
Wayne F. Pratt, AUSA