AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN

FILED
APR 21 2009
PATRICK J. DUGGAN
U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRETT LANG | ) | Case No: 91-80936-5 |
| | ) | USM No: 15462-039 |
| Date of Previous Judgment: June 14, 2001 | ) | Patricia Maceroni |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __320__ months is reduced to __240 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __43__              Amended Offense Level: __39__
Criminal History Category: __I__             Criminal History Category: __I__
Previous Guideline Range: ____ to life months    Amended Guideline Range: __262__ to __327__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[x] Other (explain): The Defendant, following his previous appeals, was granted a departure to avoid punishing him for his successful appeal, and for post conviction rehabilitation.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __6/14/01__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 21, 2009

*Patrick J. Duggan* (signature)
Judge's signature
PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Effective Date: _____
(if different from order date)                Printed name and title