UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,,

    Plaintiff,

v.                                                                            Case No.  91-80936

BRETT LANG,                                                  Honorable Patrick J. Duggan

    Defendant.
_____/

## ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on January 21, 2011.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                       U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendant Brett Lang's motion to terminate his period of supervised release.  The Court is advised that neither the government nor the Probation Officer, Melissa Hughes, has any objection to the Court granting this motion.

Therefore,

**IT IS ORDERED** that Defendant Brett Lang's motion to terminate the period of supervised release is **GRANTED**.

                                          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Robyn B. Frankel
Wayne Pratt, AUSA
Melissa Hughes, USPO